**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **FELICIA ANDREWS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:13-CV-412 (MTT)** |
| | ) | |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

Before the Court is the Plaintiff's motion for attorney's fees (Doc. 22) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  The Act provides that a prevailing plaintiff may recover attorney's fees incurred in a suit against the United States unless the position of the United States was "substantially justified or … special circumstances make an award unjust."  28 U.S.C. § 2412(d)(1)(A).  On March 3, 2015, the Court adopted the Magistrate Judge's Recommendation remanding this action for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g).  (Doc. 20).  A claimant who obtains a court order remanding his Social Security claim to the Commissioner for further proceedings is a prevailing party for purposes of the Equal Access to Justice Act.  *Shalala v. Schaefer*, 509 U.S. 292, 300-01 (1993).

As the prevailing party, the Plaintiff now requests attorney's fees in the amount of $7,498.43 for 39.57 hours of work.  The United States does not contend that its position was substantially justified and does not object to the Plaintiff's request.  (Doc. 23).

Accordingly, the Plaintiff's motion for attorney's fees (Doc. 22) is **GRANTED**.  It is

**ORDERED** that the Plaintiff receive attorney's fees in the amount of $7,498.43.

   **SO ORDERED,** this 13th day of April, 2015.

                                        S/ Marc T. Treadwell
                                        MARC T. TREADWELL
                                        UNITED STATES DISTRICT COURT